

**KSK**

KROUB, SILBERSHER & KOLMYKOV PLLC

Sergey Kolmykov, Esq.
Gaston Kroub, Esq.
Zachary Silbersher, Esq.

305 Broadway, 7th Floor
New York, NY 10007
(212) 323-7442
www.kskiplaw.com
skolmykov@kskiplaw.com

---

TCL Technology Group Corp.  12/15/2022
TCL Technology Building, No. 17
Huifeng Third Road, Zhongkai Avenue
Huizhou City, Guangdong
P.R. China 516006

RE: *Notice of Initial Conference in 2BCom, LLC v. TCL Technology Group Corp. et al.*
*EDNY Case Number: 1:22-cv-06903 (EK)(VMS)*

To whom it may concern:

We are counsel for 2BCom LLC ("2BCom"). Pursuant to the December 1, 2022 Scheduling Order (Dkt. 9) issued by Magistrate Judge Vera M. Scanlon, please take notice that an Initial Conference in the above-referenced matter has been set for March 2, 2023 at 2:45 PM in the Eastern District of New York, Brooklyn Division.

Further, because no TCL entity has responded to our pre-suit inquiries or entered an appearance in this matter, enclosed please also find a USB drive containing copies of all documents 2BCom has been ordered to serve pursuant to the Scheduling Order. An electronic copy of the documents is also available at the following link:

https://kskiplaw.box.com/s/y0p352ptzi8mudatk5bujy4e5ionqkcv

Please feel free to have your counsel reach out to confirm receipt of these materials or with any questions.

Sincerely,

Sergey Kolmykov, Esq.
*Counsel for Plaintiff, 2BCom LLC*



---

*Enclosure Letter*