

# FedEx Office

Address: 160 N STATE ROUTE 17
PARAMUS
NJ 07652
Location: TEBK
Device ID: -BTC01
Transaction: 940353579566

**FedEx International Priority**
Tracking Number:
392248129619    0.20 lb (S)    94.50
  Declared Value   1
Recipient Address:
tcl technology group corp
tcl technology bldg, no. 17
huifeng third road, zhongkai ave
huizhou city, guangdong
Huizhou,  516006, CN
555555555555555

Scheduled Delivery Date 12/19/2022

Package Information:
  FedEx Envelope

    Shipment subtotal:    $94.50

    **Total Due:    $94.50**

    (S) CreditCard:    $94.50
  **********4010


M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/serviceguide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Dec 15, 2022 1:02:19 PM

---

********** WE LISTEN **********
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten
Redemption Code: _____

*** Thank you ***